**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cr-00350-RK |
| | ) | |
| NICKOLAS J. BURCH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October August 21, 2026, Magistrate Judge Jill A. Morris issued a Report and Recommendation, (Doc. 67), concluding that the Court should deny Defendant Nickolas J. Burch's motion to suppress, (Doc. 31). Defendant filed objections to the Report. (Doc. 71.)[1]

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." After an independent, de novo review of the Defendant's objections and applicable law pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendations made by Magistrate Judge Morris in full. Accordingly, the Court **ORDERS** that:

(1) the Report and Recommendation of Magistrate Judge Morris, (Doc. 67), is **ADOPTED**; and

(2) Defendant's objections, (Doc. 71), are **OVERRULED**; and

(3) Defendant's motion to suppress, (Doc. 31), is **DENIED**.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 19, 2026

[1] The Government submitted a filing indicating it has no objections to the Report. (Doc. 70.)